# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| Dorina Peduri | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-228 |
| Scott A. Maples Jr., et al | ) | |
| *Defendant* | ) | |

> The Appearance as a law student is Stricken. Only members of the court's bar may represent parties before the court. LR 83-5.
> TWP 11/24/2025

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dorina Peduri.

Date:   11/24/2025

/s/ Mayanka Dhingra
*Attorney's signature*

Mayanka Dhingra
*Printed name and bar number*

6020 S University Ave
Chicago, IL 60637

*Address*

dhingram@lawclinic.uchicago.edu
*E-mail address*

(773) 702-9611
*Telephone number*

(773) 702-2063
*FAX number*