UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| DORINA PEDURI, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> SCOTT A. MAPLES, JR. Sheriff, Clark County, ) <br> DYLAN BEICKMAN Major, ) <br> SAMUEL OLSON Director of Chicago Field ) <br> Office US Immigration and Customs Enforcement, ) <br> KRISTI NOEM Secretary of the US Department ) <br> of Homeland Security, ) <br> PAMELA BONDI Attorney General of the United ) <br> States, ) <br> ANTHONY MILLS Director, Clark County Jail, ) <br> ) <br> Respondents. ) | No. 4:25-cv-00228-TWP-KMB |

## ORDER GRANTING FEDERAL RESPONDENTS' MOTION FOR ENLARGEMENT OF TIME

This matter is before the Court upon the Federal Respondents' unopposed motion for enlargement of time. (Dkt. 23). The Federal Respondents move the court for an additional thirty days to respond to petitioner's motion for attorney's fees and inform the Court that they are seeking to resolve the request for fees without the need for judicial involvement. For good cause shown, the Federal Respondents' motion for Enlargement of Time, Dkt. [23] is **GRANTED**.

They shall have **through February 5, 2026**, to respond to Petitioner's motion.

**IT IS SO ORDERED.**

Date: 1/20/2026

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel