# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | |
|---|---|
| DORINA PEDURI, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:25-cv-00228-TWP-KMB |
| ) | |
| SCOTT A. MAPLES, JR. Sheriff, Clark County, ) | |
| DYLAN BEICKMAN Major, ) | |
| SAMUEL OLSON Director of Chicago Field ) | |
| Office US Immigration and Customs Enforcement, ) | |
| KRISTI NOEM Secretary of the US Department ) | |
| of Homeland Security, ) | |
| PAMELA BONDI Attorney General of the United ) | |
| States, ) | |
| ANTHONY MILLS Director, Clark County Jail, ) | |
| ) | |
| Respondents. ) | |

## Order Directing Clerk to Issue Amended Final Judgment

The Court granted Petitioner's petition for a writ of habeas corpus on December 11, 2025, and ordered within 48 hours, the Respondents must release Petitioner from custody. (Dkt. 17). The Court issued final judgment that same day. (Dkt. 18). The final judgment, however, did not specify the relief that was awarded. *See Johnson v. Acevedo*, 572 F.3d 398, 400 (7th Cir. 2009). Accordingly, **the clerk is directed** to issue an amended final judgment consistent with the Court's order granting the petition.

**So Ordered.**

Date: 1/22/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel